FILED

03/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0282

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0282

_____

IN RE THE PARENTING OF
D.I.B., a Minor Child,

NICHOLAS R. BRACCIALE,

      Petitioner and Appellant,

    v.

GAIL A. SULLIVAN, f/k/a
GAIL ANN INGELS,

      Respondent and Appellee.

O R D E R

_____

On February 19, 2019, pursuant to an agreement the parties reached via mediation, this Court held all further proceedings in this appeal in abeyance while the parties worked toward resolving this matter. The Court further ordered the parties to file a status report by March 6, 2020, if no briefing schedule was sought in the interim.

On March 5, 2020, Appellant Nicholas R. Bracciale filed a status report in accordance with this Court's Order. Appellee Gail A. Sullivan has not filed a status report, nor has she objected to Bracciale's status report. Bracciale has requested that the Court continue to hold this matter in abeyance with another status report in six months.

IT IS THEREFORE ORDERED that this appeal is HELD IN ABEYANCE pending further order of this Court.

IT IS FURTHER ORDERED that on or before September 18, 2020, the parties SHALL FILE a status report with the Court.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 20 2020